**BRAFFITH**

v.

**PEOPLE OF THE VIRGIN ISLANDS**

No. 3881

Circuit Court of Appeals

Third Circuit

December 10, 1928

*See, also, 29 F.2d 740 (same opinion), and 1 V.I. 582 (26 F.2d 646)*

D. H. JACKSON, Christiansted, St. Croix, Virgin Islands, *for appellant*

JAMES C. FOX, Christiansted, St. Croix, Virgin Islands, *for the People*

Before BUFFINGTON, WOOLLEY, and DAVIS, *Circuit Judges*

PER CURIAM

■ ■ This appeal under the laws of the Virgin Islands is compulsory. Braffith v. People of Virgin Islands (C.C.A. 3d 1928) 1 V.I. 582, 26 F.2d 646. In view of the prisoner's plea of guilty entered to a charge of murder in the first degree, our inquiry on this appeal has been directed, and limited, to a search for fundamental irregularities in the proceeding and to a possible abuse by the court of its discretion in determining the punishment. Braffith v. People of Virgin Islands, supra. On our review of the record, made with a care which the gravity of the case required, we found no errors of either kind.

The judgment must therefore be affirmed.